WILLIAM F. REEVES, Appellant, v. JAMES H. BRIDGE, Respondent.— Order so far as appealed from modified to the extent of reinstating demands " 5," " 6," " 10 " and " 11 " of the notice of taking deposition, and as so modified affirmed, without costs. The date of the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

SELMOR ESTATES CORPORATION, Respondent, v. LAND MAP REALTY CORPORATION and Others, Appellants.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

In the Matter of HENRY M. PEYSER, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

ANTONIO MOLLINO, Respondent, v. OGDEN & CLARKSON CORPORATION, Impleaded, etc., Appellant.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

HARPER & BROTHERS, Appellant, v. NEW HARPER'S WEEKLY CORPORATION and Others, Respondents.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

HUGH E. SPRINGER, Appellant, v. ST. REGIS HOTEL COMPANY, Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

MILTON P. LEFKADITIS, Respondent, v. EAST RIVER NATIONAL BANK, Appellant.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

ARTHUR A. DOLE, Respondent, v. TRANS-CONTINENTAL FREIGHT COMPANY, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

RICHARD WEISFELDER, Appellant, v. THE CITY OF NEW YORK, Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

AUGUST K. TERAN, Appellant, v. THE CITY OF NEW YORK, Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

MORRIS OKA, Respondent, v. UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

EMERALD REALTY COMPANY, Respondent, v. ISADORE SILVERMAN, Appellant. — Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

SAM SIROTTA, Respondent, v. ANDREW HUMMEL, Appellant.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WAITT OPERATING CO., INC., Respondent, v. HENRY M. GOLDFOGLE and Others, Appellants.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.